**(118 So. 604)**

**No. 27946.**

### LOUISIANA FARM BUREAU COTTON GROWERS' CO–OP. ASS'N v. H. H. HUCKABAY et al.

Oct. 29, 1928.

Taylor, Porter, Loret & Brooks, of Baton Rouge, for plaintiff appellant.

John B. Files, of Shreveport, for defendant appellees.

BRUNOT, J. This is a companion suit to the case of Louisiana Farm Bureau Cotton Growers' Co-operative Association v. R. Brown (No. 27945 of the docket of this court) 118 So. 604,[1] this day decided, and for the same reasons the judgment appealed from herein is affirmed, at appellant's cost.

**(118 So. 604)**

**No. 27947.**

### H. H. HUCKABAY v. Rufus BROWN et al.

Oct. 29, 1928.

Taylor, Porter, Loret & Brooks, of Baton Rouge, for defendants appellants.

John B. Files, of Shreveport, for plaintiff appellee.

BRUNOT, J. This case presents no issue that has not been passed upon in the case of Louisiana Farm Bureau Cotton Growers' Co-operative Association v. R. Brown (No. 27,945 of the docket of this court) 118 So. 604,[1] this day decided, or in the cases cited in that opinion, and, for the reasons stated therein, the judgment appealed from herein is affirmed, at appellant's cost.

**(118 So. 688)**